## MISSOURI PACIFIC R. CO. v. MOORE.

No. 24207. March 13, 1934.

Thos. B. Pryor and W. L. Curtis, for plaintiff in error.

Roberts & Bass, for defendant in error.

PER CURIAM. On the 6th day of May, 1932, a judgment was rendered in favor of the plaintiff, defendant in error herein, and on the 1st day of November, 1932, plaintiff in error prosecuted its appeal from that judgment, and on the 22nd day of November, 1932, filed its brief herein. The defendant in error has filed no brief herein and has offered no excuse for his failure to do so.

The authorities cited appear reasonably to support the contentions of the plaintiff in error. The judgment is reversed and the cause remanded, with directions that the cause of action be dismissed.

## FAIR et al. v. BURTSCHI.

No. 24166. March 13, 1934.

Gill & Caldwell, for plaintiffs in error.

Geo. E. Swisher, for defendant in error.

PER CURIAM. This action was commenced in the district court of Oklahoma county on the 10th day of September, 1932, and on the 23rd day of September thereafter, George W. Swisher was appointed receiver of the property involved in the action. An application to discharge receiver was denied, and from this order an appeal is taken to this court. The appeal was filed herein October 18, 1932, and on the 5th day of December, 1932, the plaintiffs in error filed their brief. No brief has been filed by the defendant in error, and, under the rule many times announced by this court, it is not the duty of this court to search the record for some theory upon which to sustain the action of the trial court, and the cause is therefore reversed and remanded, with directions to vacate the order appointing receiver in accordance with the prayer of the petition in error.